UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD GERAMI,<br>Petitioner,<br>v.<br>WARDEN ADELANTO ICE DETENTION CENTER, et al.,<br>Respondents. | Case No. 5:26-cv-00830 SVW (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Answer, Reply, all the records and files herein, along with the October 15, 2026 Report and Recommendation of the assigned United States Magistrate Judge [Dkt. No. 19], and the Objection to the Report and Recommendation ("Objections") [Dkt. No. 20]. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Objections have been made. Petitioner's Objections are overruled.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt.

No. 19], is accepted;

2. The Petition is denied; and

3. Judgment is to be entered accordingly.

DATED: November 18, 2026

THE HONORABLE STEPHEN V. WILSON
United States District Judge